No. 80–1350. COMMUNITY COMMUNICATIONS CO., INC. *v.* CITY OF BOULDER, COLORADO, ET AL. C. A. 10th Cir. [Certiorari granted, 450 U. S. 1039.] Motion of Hybud Equipment Corp. et al. for leave to file a brief as *amici curiae* out of time denied. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 80–1429. YOUNGBERG, SUPERINTENDENT, PENN-HURST STATE SCHOOL AND HOSPITAL, ET AL. *v.* ROMEO, AN INCOMPETENT, BY HIS MOTHER AND NEXT FRIEND, ROMEO. C. A. 3d Cir. [Certiorari granted, 451 U. S. 982.] Motion of Mental Health Advocacy Services et al. for leave to file a brief as *amici curiae* granted.

No. 80–1538. PLYLER, SUPERINTENDENT, TYLER INDE-PENDENT SCHOOL DISTRICT, ET AL. *v.* DOE, GUARDIAN, ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 451 U. S. 968]; and
No. 80–1934. TEXAS ET AL. *v.* CERTAIN NAMED AND UN-NAMED UNDOCUMENTED ALIEN CHILDREN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 452 U. S. 937.] Motion of appellees for divided argument granted. Motion of appellees for additional time for oral argument denied.

No. 80–1556. CORY, CONTROLLER OF CALIFORNIA, ET AL. *v.* WHITE, ATTORNEY GENERAL OF TEXAS, ET AL. C. A. 5th Cir. [Certiorari granted, 452 U. S. 904.] Motion of respondent William R. Lummis, Administrator, for divided argument granted.

No. 80–1749. FEDERAL ENERGY REGULATORY COMMIS-SION ET AL. *v.* MISSISSIPPI ET AL. D. C. S. D. Miss. [Probable jurisdiction noted, 452 U. S. 936.] Motion of appellees for divided argument and for additional time for oral argument denied.

No. 81–5218. IN RE HOLMES. Petition for writ of mandamus denied.